UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JORGE ALBERTO PENA-GARCIA                                               PETITIONER

V.                                              CIVIL ACTION NO. 3:25-CV-152-DPJ-ASH

WARDEN CHILDRESS                                                        RESPONDENT

ORDER

Jorge Alberto Pena-Garcia, a federal prisoner housed at the Federal Correctional Complex in Yazoo City, Mississippi, filed a motion for a writ of mandamus under 28 U.S.C. § 1361 on March 3, 2025. Pet. [1] at 1. On September 12, 2025, United States Magistrate Judge Andrew S. Harris entered a Report and Recommendation [10]. Judge Harris recommends that this petition be denied. R&R [10] at 1. Pena-Garcia did not file an objection, and the time to do so has passed. *See id.* at 3–4 (informing Pena-Garcia that he had 14 days to file an objection).

"When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b) advisory committee's note (1983), quoted in *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996) (en banc), superseded on other grounds by 28 U.S.C. § 636(b)(1) as noted in *Alexander v. Verizon Wireless Servs., L.L.C.*, 875 F.3d 243, 248 (5th Cir. 2017). Having reviewed the record and found no clear error, the Court accepts the well-reasoned recommendations of Judge Harris.

IT IS ORDERED that the Report and Recommendation [10] of United States Magistrate Judge Andrew S. Harris is adopted as the finding and holding of this Court. Consistent with the Report and Recommendation, Petitioner's petition [1] is denied without prejudice. A separate judgment will be entered in accordance with Rule 58 of the Federal Rules of Civil Procedure.

**SO ORDERED AND ADJUDGED** this the 6th day of October, 2025.

                                                s/ *Daniel P. Jordan III*
                                                UNITED STATES DISTRICT JUDGE